

## THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

***Attorneys and Counselors at Law***
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Leah E. Jackson
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

June 15, 2023

***VIA ELECTRONIC CASE FILING***
Honorable Gary R. Brown
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, New York 11788

> Re: ***Thurmond, et.al. v. County of Nassau, et.al.***
> ***Docket No.: CV-17-7053 (GRB)(AYS)***

Dear Judge Brown:

Your Honor, I provide this follow up letter to our correspondence filed on June 5, 2023. Because of concerns which exist with the vendor representing the Medicaid Inspector General about a claim for Medicaid reimbursement, this matter has yet to be concluded. As described, our letters and emails to HMS, Inc. asking for a printout of any claimed payments due and to address our detailed correspondence disputing the right to recover any monies from this settlement have gone unanswered. Before taking any further action (motions) we respectfully request the Court to convene a conference with our office, and the County's Attorney to discuss if this issue. Given our efforts, we believe that a discussion with counsel and the Court or with the Magistrate judge would be helpful.

We thank the Court for its kind consideration.

Respectfully submitted,

*Frederick K. Brewington*
FREDERICK K. BREWINGTON

cc:     James M. Murphy, Esq. (via ecf)

FKB:pl