UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL THURMOND AND DESTIN HARVEY     **DOCKET NO.: CV-17-7053**(GRB)
Individually and as Administrators of the Estate of
MICHAEL CULLUM, Deceased,,

                    Plaintiff,

        -against-

COUNTY OF NASSAU, JEAN SHIMA, in her
Individual and official capacity, The Nassau County
Government COUNTY POLICE DEPARTMENT,
NASSAU UNIVERSITY MEDICAL CENTER, THE
NASSAU COUNTY DEPARTMENT OF              ORDER
CORRECTIONS a.k.a. THE NASSAU COUNTY
SHERIFF'S DEPARTMENT, ARMOR
CORRECTIONAL HEALTH SERVICES OF NEW
YORK, INC., ARMOR STAFF including but not
limited to VICKY HAILEY, LISA KERSCHNER,
ESTELLE VAN WERT, SANDRA KENNEDY,
CHADIA MORCOS and CARL-HENRI SANCHEZ,
in their individual and official capacities,

                  Defendants.
-----------------------------------------------------------------X
      Upon the application of FREDERICK K. BREWINGTON, ESQ., as attorney for the Estate

of Michael Cullum by his sons and Administrators for the Estate of Michael Cullum for an Order

compromising this action and settling all issues related to this litigation against the Defendants, by

accepting the total sum of $1,102,500.00 from the Defendants, named herein above in this

action in the following amounts:

County of Nassau. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$1,000,000.0**0
Armor Correctional Health Services of New York. . . . . . . . . . . . . . . . . . . . . **85,000.00**[1]
Nassau University Medical Center. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **17,500.00**[1]

---

[1] These funds have been paid by respective Defendants are currently being held in Plaintiffs' Counsels'
IOLA account.

to discharge and release the each and all the Defendants from all suits and claims in this action upon the payment of the said $1,102,500.00 in settlement and satisfaction of the Judgment, claims and the cause of action therein;

AND to dispense with the filing of a bond;

AND to pay to The Law Offices of Frederic K. Brewington, disbursements in the sum of $37,295.00;

AND to pay to The Law Offices of Frederic K. Brewington, attorney's fees for services rendered in the sum of $355,068.33;

AND for an Order of forfeiture of any claimed interest in this matter by Health Management Systems Inc., Third Party Liability Match and Recovery Services for the New York State Office of the Medicaid Inspector General, and Regina Thompson-Scott

**NOW IT IS**,

ORDERED, that the Plaintiffs application for leave to compromise and settle the claims on behalf of Michael Cullum, deceased, by accepting the sum of $1,102,500.00 from defendants, COUNTY OF NASSAU, JEAN SHIMA, in her Individual and official capacity, The Nassau County Government COUNTY POLICE DEPARTMENT, NASSAU UNIVERSITY MEDICAL CENTER, THE NASSAU COUNTY DEPARTMENT OF CORRECTIONS a.k.a. THE NASSAU COUNTY SHERIFF'S DEPARTMENT, ARMOR CORRECTIONAL HEALTH SERVICES OF NEW YORK, INC., ARMOR STAFF including but not limited to VICKY HAILEY, LISA KERSCHNER, ESTELLE VAN WERT, SANDRA KENNEDY, CHADIA MORCOS and CARL-HENRI SANCHEZ, in their individual and official capacities,, is granted; and it is further;

2

ORDERED that Plaintiffs, as Administrators of the decedent's estate, is authorized to settle and discontinue the claims and causes of action against those Defendants named above; and it is further;

ORDERED that disbursements in the sum of $37,295.00 are allowed to The Law Offices of Frederick K. Brewington; and it is further;

ORDERED that the attorneys' fees of The Law Offices of Frederick K. Brewington, is allowed in amount of $355,068.33; and it is further;

ORDERED that the balance of the funeral bill incurred by the Estate of the decedent, to Dodge-Thomas Funeral Home shall be paid in the in the amount of $3,492.00; and it is further;

ORDERED that the remaining settlement of, the Remainder/Residue of $706,644.67, shall be distributed as follows:

Proceeds of Claim Due to Michael Thurmond     ( $353,322.34)

Proceeds of Claim Due to Destin Harvey     ($353,322.33)

representing solely pecuniary loss be distributed to those intestate distributees entitled thereto as compensation; and it is further;

ORDERED that the County of Nassau, pay the Judgment amount which was entered against them on February 8, 2023 in the amount f $1,000,000.00, payable to The Law Offices of Frederick K. Brewington, as attorney for the Estate of Michael Cullum;

ORDERED that said proceeds of the settlement and Judgment in this matter in the sum of $1,102,500.00 shall be held placed in the IOLA/Escrow account by Frederick K. Brewington, Esq. and disbursed therefrom in a manner consistent with this order; and it is further;

ORDERED that by reason of failing to appear and Show Cause as ordered by this Court on July 13, 2023 and August 30, 2023 are deemed a violation of this Court's Orders and any claimed interest in this matter by Health Management Systems Inc., Third Party Liability Match and Recovery Services for the New York State Office of the Medicaid Inspector General, and Regina Thompson-Scott are deemed waived and forfeited;

ORDERED ADJUDGED AND DECREED that the giving of a bond or other security in connection herewith be dispensed with.

Dated: Central Islip, NY
September   , 2023                    E N T E R

_____
Honorable Gary R. Brown, USMJ